ELIZABETH ALDEN, Appellant, v ONONDAGA COUNTY SHERIFF'S DEPARTMENT, Respondent.

Submitted June 4, 2007; decided June 12, 2007

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the orders appealed from do not finally determine the action within the meaning of the Constitution.

Judge PIGOTT taking no part.

MICHELE A. ANDREW, Individually and as Parent and Natural Guardian of C.A., an Infant, Appellant, v Soo HURH, M.D., et al., Respondents, et al., Defendants.

Submitted April 30, 2007; decided June 12, 2007

Motion for reargument of motion for leave to appeal denied [see 8 NY3d 808].

In the Matter of ANONYMOUS, for Admission to Practice as an Attorney and Counselor-at-Law, Appellant.

Submitted May 21, 2007; decided June 12, 2007

Motion for reargument denied [see 8 NY3d 937].

Chief Judge KAYE taking no part.